## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

**S. KEITH CURRAN and RHONDA CURRAN**                    **PLAINTIFFS**

**VS.**                          **Case No. 03-CV-1184**

**WASHINGTON MUTUAL BANK, FA**                          **DEFENDANT**

### JUDGMENT

Before the Court is Defendant's motion for summary judgment. (Doc. 41). Plaintiff has

filed a response. (Doc. 47). The Court finds this motion ripe for consideration. Upon

consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court

finds the motion for summary judgment should be and hereby is **granted** and Plaintiff's lawsuit

is dismissed with prejudice. All other pending motions are denied as moot.

**IT IS SO ORDERED** this 2nd day of March, 2006.


/s/ Harry F. Barnes
Hon. Harry F. Barnes
U.S. District Judge